# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DONNETTE SMITH, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>    v.<br><br>GREEN TREE SERVICING LLC, a Delaware limited liability company,<br><br>       *Defendant*. | Case No.: 15-cv-3961<br><br>Honorable Paul A. Magnuson |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Donnette Smith ("Plaintiff" or "Smith"), by and through her undersigned counsel, hereby respectfully provides the Court with notice of her dismissal of her claims without prejudice. In support of this Notice, Plaintiff states as follows:

1. On August 14, 2015, Plaintiff Donnette Smith filed the instant action against Defendant Green Tree Servicing LLC in the United States District Court for the Northern District of Illinois, (dkt. 1).

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss this action without a Court order prior to the opposing party serving either an answer or a motion for summary judgment.

3. Defendant has not filed an answer or a motion for summary judgment in this action.

4. Accordingly, the action may be dismissed *without prejudice* and without an order of the Court.

NOW THEREFORE, PLAINTIFF HEREBY GIVES NOTICE THAT that:

A.Plaintiff Donnette Smith's individual claims against Defendant in this action are dismissed *without prejudice*;

B.The claims of the putative class in this action are dismissed *without prejudice*;

Respectfully submitted,

**DONNETTE SMITH**, individually and on behalf of all others similarly situated,

Dated: December 16, 2015By: s/Karen H. Riebel
Karen H. Riebel
khriebel@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
T: 612.339.6900

Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Daniel R. Lavoie (Admitted *pro hac vice*)
dlavoie@pellislaw.com
PELLIS LAW GROUP, LLP
200 W. 41st St., 20th Floor
New York, NY 10036
Tel: 646.666.8353

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@plgnyc.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@plgnyc.com
PARADIS LAW GROUP, PLLC
200 W. 41st St., 20th Floor

New York, NY 10018
Tel: 212.986.4500

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

On December 16, 2015, I filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties.

<u>s/Karen H. Riebel</u>