UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donnette Smith, individually and on
behalf of all others similarly situated,

Case No. 15-cv- 3961( (PAM/HB)

Plaintiff,

v.

**ORDER**

Green Tree Servicing LLC, a
Delaware limited liability company,

Defendant.

_____

This matter is before the Court on Plaintiff Donnette Smith's Notice of Dismissal (Docket No. 41.) Plaintiff dismisses her claims against Defendant Green Tree Servicing LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's individual claims and the claims of the putative class in this action as against Green Tree Servicing LLC are **DISMISSED without prejudice** and without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 17, 2015

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge