# UNITED STATES DISTRICT COURT
## District of Minnesota

Donnette Smith

                Plaintiff,

v.

Green Tree Servicing LLC

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15cv3961 PAM/HB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's individual claims and the claims of the putative class in this action as against Green Tree Servicing LLC are **DISMISSED without prejudice** and without costs or attorney's fees to any party.

Date: December 18, 2015

                                            RICHARD D. SLETTEN, CLERK

                                            s/Katie Thompson

                      (By)              Katie Thompson, Deputy Clerk